Certificate Number: 12433-PAE-DE-032481716

Bankruptcy Case Number: 19-10992



12433-PAE-DE-032481716

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2019, at 6:21 o'clock PM EDT, Towanda Y. Reason completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 21, 2019              By:  /s/Lance Brechbill

                                   Name:  Lance Brechbill

                                   Title:  Teacher