United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Towanda Y. Reason  
     Debtor

Case No. 19-10992-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Apr 08, 2019  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.  
db     +Towanda Y. Reason,    7326 Greenhill Road,    Philadelphia, PA 19151-2219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:  
       DAVID M. OFFEN    on behalf of Debtor Towanda Y. Reason dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
       JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    SG Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                 TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Towanda Y Reason                    Chapter 13

          Debtor(s)                        :    Bankruptcy No.: 19-10992   MDC
                                           :

## CONSENT ORDER

AND NOW, this __8th__ day of ____April____, 2019, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

ORDERED, that in light of the debtor(s) three (3) prior bankruptcy filings, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case within 6 months without further leave of Court. And it is further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: 4-3-19                    _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee

Date: 4-3-2019                  _____
                                Attorney for Debtor(s) Daniel Harris for David Offen

Date: 4-3-2019                  _____
                                Towanda Y Reason
                                Debtor(s)

Date: _____

                                BY THE COURT

                                _____
                                HONORABLE MAGDELINE D. COLEMAN
                                BANKRUPTCY JUDGE