IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Towanda Y. Reason Debtor | ) ) ) ) | Chapter 13 No. 19-10992-MDC |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and Reimbursement of Expenses and respectfully request that the Order attached to the Application be approved.

                                                /s/David M. Offen
                                                David M. Offen
                                                Attorney for Debtor
                                                160 West - The Curtis Center
                                                601 Walnut Street
                                                Philadelphia, PA 19106
                                                215-625-9600

Date:5/23/19