# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Towanda Y. Reason <br>                                   Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for SG Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee, its successors and/or assigns <br>                                   Movant <br>    vs. | NO. 19-10992 MDC |
| Towanda Y. Reason <br>                                   Debtor(s) <br><br> William C. Miller Esq. <br>                                   Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Specialized Loan Servicing LLC as servicer for SG Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee, which was filed with the Court on or about **February 28, 2019 ; Document #13**.

                                                      Respectfully submitted,

                                                      **/s/ Rebecca A. Solarz, Esquire**
                                                      Rebecca A. Solarz, Esquire
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA  19106
                                                      215-627-1322

July 8, 2019