# EXHIBIT B

| Creditor: | Specialized Loan Servicing LLC |
|---|---|
| Debtor: | Towanda Y. Reason |
| Case No.: | 19-10992 |
| Loan No.: | xxxxxx5597 |
| Our File No.: | |
| Collateral: | 7326 Greenhill Road Philadelphia, PA 19151 |

**PAYMENTS RECEIVED**

| Loan Status as of: | 3/24/2020 |
|---|---|
| Initial Due Date: | 3/1/2019 |

| Date Received | Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | $ - | 3/1/2019 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| 3/12/2019 | $ 801.00 | | | $ - | $ 801.00 | Funds Received |
| | $ - | 4/1/2019 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| 4/9/2019 | $ 810.00 | | | $ - | $ 810.00 | Funds Received |
| | $ - | 5/1/2019 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| 5/30/2019 | $ 810.00 | | | $ - | $ 810.00 | Funds Received |
| | $ - | 6/1/2019 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| 6/28/2019 | $ 810.00 | | | $ - | $ 810.00 | Funds Received |
| | $ - | 7/1/2019 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| | $ - | 8/1/2019 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| | $ - | 9/1/2019 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| 9/10/2019 | $ 1,530.00 | | | $ - | $ 1,530.00 | Funds Received |
| | $ - | 10/1/2019 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| | $ - | 11/1/2019 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| | $ - | 12/1/2019 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| | $ - | 1/1/2020 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| | $ - | 2/1/2020 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| 2/10/2020 | $ 2,500.00 | | | $ - | $ 2,500.00 | Funds Received |
| | $ - | 3/1/2020 | $ 803.82 | $ - | $ (803.82) | Payment Accrued |
| **Total:** | $ 7,261.00 | | $ 10,449.66 | $ - | $ (3,188.66) | |

| Delinquent Payments | | Days Delinquent: | | 114 | |
|---|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Stip Due | Total Due | |
| 12/1/2019 | $ 523.44 | $ 280.38 | $ - | $ 803.82 | |
| 1/1/2020 | $ 523.44 | $ 280.38 | $ - | $ 803.82 | |
| 2/1/2020 | $ 523.44 | $ 280.38 | $ - | $ 803.82 | |
| 3/1/2020 | $ 523.44 | $ 280.38 | $ - | $ 803.82 | |
| Delinquency | | | | $ 3,215.28 | |
| Less Suspense | | | | $ 26.62 | |
| Total Delinquency | | | | $ 3,188.66 | |