IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      :        CHAPTER 13
                            :
Towanda Y. Reason           :        No. 19-10992-MDC
     Debtor                 :

ANSWER TO MOTION OF SPECIALIZED LOAN SERVICING, LLC.
FOR RELIEF FROM THE AUTOMATIC STAY

1.   Admitted.

2.   Admitted

3.   Admitted.

4.   Admitted.

5.   Admitted,

6.   Admitted.

7.   Admitted in part. Debtor avers a payment of $2,500.00 was made
     in January and the debtor informed Movant in February that she
     had been injured at work and was awaiting compensation. The
     debtor is now receiving short term-disability and avers two
     payments were made this month and expects to make two more
     payments this month. Debtor asks for the chance to catch up
     and to explore forbearance options as a result of her injury
     and the current health crisis.

8.   Debtor wishes to avoid the same.

9.   Debtor is unsure of the total amount owed as she made two
     payments already this month. Debtor to provide proof of the
     same.

10.  Denied.

11.  No objection to Movant's request to communicate directly with
     the Debtor to offer assistance.

12.  No response.

                                   /s/ David M. Offen
                                   David M. Offen
                                   Attorney for Debtor(s)
Dated:4/21/20

CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca Solarz on behalf of Specialized Loan Servicing, LLC.
Bkgroup@kmllawgroup.com




                                              /s/ David M. Offen
                                              David M. Offen
Dated: 4/21/20                                Attorney for Debtor