## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Towanda Y. Reason

                Debtor(s)

SG Mortgage Securities Trust 2006-FRE2, Asset
Backed Certificates, Series 2006-FRE2, U.S.
Bank National Association, as Trustee

              v.

Towanda Y. Reason

              and

Kenneth E. West Esq.

              Trustee

Chapter 13

NO. 19-10992 MDC

### ORDER

       AND NOW, this  22nd day of  April  2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on June 23, 2020  it is ORDERED AND DECREED that:

       The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow SG Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7326 Greenhill Road  Philadelphia, PA 19151.

       The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Magdeline D. Coleman_

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Towanda Y. Reason
7326 Greenhill Road
Philadelphia, PA 19151

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532