# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Towanda Y. Reason | : | No.   19-10992-MDC |
| SS# XXX-XX-3722 | : | |
| Debtor | : | |

## ORDER

AND NOW, this  **10th**  day of  **May**  2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**