# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 19-10992-MDC

TOWANDA Y REASON

7326 GREENHILL ROAD

PHILADELPHIA, PA 19151-

        Debtor

## **CERTIFICATE OF SERVICE**

     **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TOWANDA Y REASON

7326 GREENHILL ROAD

PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

                               /S/ Kenneth E. West

Date: 5/24/2022

                               _____

                               Kenneth E. West, Esquire
                               Chapter 13 Standing Trustee