**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| **Towanda Y. Reason** | : |  |
| Debtor | : | Bankruptcy No. 19-10992-mdc |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW,** this _____23rd_____ day of _____June_____ 2022 upon consideration of the Motion to Dismiss filed by Kenneth E. West, Standing Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED,** that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among the standing trustee, the debtor will be barred from filing any case for Six (6) months following a dismissal without court approval, in accordance with the express terms of such ORDER.

**BY THE COURT**

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:
Towanda Y. Reason
7326 Greenhill Road
Philadelphia, PA 19151

DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Kenneth E. West, Esquire
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

Office of the U.S. Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107