United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-10992-mdc
Towanda Y. Reason                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 3
Date Rcvd: Jun 24, 2022                  Form ID: pdf900                              Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Towanda Y. Reason, 7326 Greenhill Road, Philadelphia, PA 19151-2219 |
| cr | + | SG Mortgage Securities Trust 2006-FRE2,, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14274959 | + | COOPER&SCHALL PC, 2000 MARKET ST STE 1400, Philadelphia, PA 19103-3214 |
| 14274960 | + | Justin Kobeski, Esq., PO BOX 165028, Columbus, OH 43216-5028 |
| 14274963 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14281126 | + | Select Portfolio Servicing, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14274966 | + | Univ Of Penn, 3900 Chestnut St, Philadelphia, PA 19104-3120 |
| 14274971 | + | Wells Fargo Bank, NA, 3476 Stateview Boulevard, Fort Mill, SC 29715-7200 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 24 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jun 24 2022 23:44:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14361039 | | Email/Text: megan.harper@phila.gov | Jun 24 2022 23:44:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14274957 | | Email/Text: megan.harper@phila.gov | Jun 24 2022 23:44:00 | City of Philadelphia, Law Department, Municipal Services Building, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14274958 | + | Email/Text: dylan.succa@commercialacceptance.net | Jun 24 2022 23:44:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14371333 | | Email/Text: blegal@phfa.org | Jun 24 2022 23:44:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 15206, HARRISBURG, PA 17105-5206 |
| 14274964 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2022 23:46:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14274961 | + | Email/Text: blegal@phfa.org | Jun 24 2022 23:44:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14274962 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 24 2022 23:44:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14274965 | + | Email/Text: Supportservices@receivablesperformance.com | Jun 24 2022 23:44:00 | Receivables Performance Mgmt, Attn: |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2022 | Form ID: pdf900 | Total Noticed: 26 |

|  |  |  | Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
|---|---|---|---|
| 14280145 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jun 24 2022 23:46:16 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14296651 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | | Jun 24 2022 23:44:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14274967 | | Email/Text: EDBKNotices@ecmc.org | |
| | | Jun 24 2022 23:44:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14310410 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jun 24 2022 23:46:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14274968 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jun 24 2022 23:44:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14274969 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Jun 24 2022 23:44:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 14274970 | | Email/Text: megan.harper@phila.gov | |
| | | Jun 24 2022 23:44:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14274971 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | |
| | | Jun 25 2022 09:19:03 | Wells Fargo Bank, NA, 3476 Stateview Boulevard, Fort Mill, SC 29715-7200 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SG Mortgage Securities Trust 2006-FRE2, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | |
| | on behalf of Debtor Towanda Y. Reason dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2                                    User: admin                                    Page 3 of 3
Date Rcvd: Jun 24, 2022                            Form ID: pdf900                            Total Noticed: 26

PAMELA ELCHERT THURMOND

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ

on behalf of Creditor SG Mortgage Securities Trust 2006-FRE2  Asset Backed Certificates, Series 2006-FRE2, U.S. Bank
National Association, as Trustee bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| **Towanda Y. Reason** | : |  |
| Debtor | : | Bankruptcy No. 19-10992-mdc |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW,** this_____23rd_____day of_____June_____
2022 upon consideration of the Motion to Dismiss filed by Kenneth E. West, Standing
Trustee,

**ORDERED**, that this case is dismissed; and it is further

**ORDERED,** that any wage orders are hereby VACATED; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among
the standing trustee, the debtor will be barred from filing any case for Six (6) months following a
dismissal without court approval, in accordance with the express terms of such ORDER.

**BY THE COURT**

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:
Towanda Y. Reason
7326 Greenhill Road
Philadelphia, PA 19151

DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Kenneth E. West, Esquire
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

Office of the U.S. Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107